UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HAZELWOOD,<br><br>                Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB, INC., a New York Corporation and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 06cv2456-H (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION INAPPROPRIATE AND SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil Local Rule 16.1(c), which provides that the "judicial officer shall hold [conferences] as he or she deems appropriate," the Court finds this case inappropriate for an Early Neutral Evaluation Conference due to Defendant Bausch & Lomb, Inc.'s intent to request that this action be transferred to the United States District Court, District of South Carolina as part of the pending Multi-District Litigation case entitled <u>In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation</u>, MDL-1785. <u>See</u> Doc. No. 8.

    Good cause appearing, a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference shall be held before Magistrate Judge Barbara L. Major on **January 11, 2007** at **1:45 p.m.** Counsel for each party shall appear

telephonically at this conference. The Court will initiate the conference call. Failure of required counsel to participate may result in monetary sanctions.

**IT IS SO ORDERED.**

DATED: November 29, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL